UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| GERALD AND LAURA WEATHERLY | CIVIL ACTION |
|---|---|
| VERSUS | NO: 07-4371-EEF-SS |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | |

**ORDER**

The defendant, State Farm Fire & Casualty Insurance Company ("State Farm"), produced the activity logs for five claim files. Portions of the logs were redacted. The plaintiffs, Gerald and Susan Weatherly, requested that the activity logs be reviewed *in camera* to determine whether the redacted entries were protected from disclosure by the attorney-client privilege or the work-product doctrine. Rec. doc. 179 (Attachment). State Farm produced the un-redacted activity logs and the privilege logs for *in camera* inspection. The District Judge referred the matter to the undersigned.

1. <u>18-R240-624 – Rodriguez v. State Farm</u>.

    The following entries are protected from disclosure:

    a.  Page 7 – First and second entries for February 19, 2008; and entry for January 17, 2008.

    b.  Page 8 – Entries for January 16, 2008, January 7, 2008, and January 3, 2008.

    c.  Page 9 – Entry for November 27, 2007; first entry for November 13, 2007; and entries for November 12, 2007, and November 8, 2007.

    d.  Page 10 – Entries for November 7, 2007, and October 29, 2007.

2. <u>18-R314-227 – Jurisich v. State Farm</u>.

   The following entries are protected from disclosure:

   a. Page 7 – Entries for March 5, 2007, and October 23, 2006; and third entry for September 12, 2006.

   b. Page 8 – Entries for August 21, 2006, and April 17, 2006.

   c. Page 9 – Entry for March 17, 2006.

   d. Page 10 – First entry for February 28, 2006; and entry for February 16, 2006.

3. <u>18-R317-436 – Fontaine v. State Farm</u>.

   The following entries are protected from disclosure:

   a. Page 7 – First entry for June 7, 2007; and entries for June 6, 2007, May 29, 2007, and May 18, 2007.

   b. Page 8 – Entries for May 17, 2007, May 15, 2007, May 11, 2007, May 9, 2007, May 8, 2007, and May 7, 2007.

   c. Page 9 – Entry for January 25, 2007.

   d. Page 10 – Entry for May 23, 2006.

   e. Page 11 – Entry for May 2, 2006.

4. <u>18-R319-058 – Huff v. State Farm</u>.

   The following entries are protected from disclosure:

   a. Page 6 – Second entry for July 11, 2007; and entry for July 10, 2007.

   b. Page 7 – Entry for March 28, 2007.

5. <u>18-R372-025 – Sercovich v. State Farm</u>.

   The following entries are protected from disclosure:

  a.  Page 7 – Entries for October 18, 2007, and October 15, 2007.

  b.  Page 8 – Entry for September 6, 2006.

  c.  Page 10 – Entry for August 16, 2006.

* * *

All other entries are not protected from disclosure.

  IT IS ORDERED that:

1. **Within (5) working days of the entry of this order**, State Farm shall produce the activity logs to plaintiffs.

2. State Farm may redact from the activity logs the information identified in this order as protected from disclosure.

3. **The deadline for appealing this order is shortened to five (5) working days from its entry**.

4. The order is stayed if it is appealed.

  New Orleans, Louisiana, this <u>13th</u> day of July, 2009.

                **SALLY SHUSHAN**
                **United States Magistrate Judge**